1  **Joseph Bakhos Esq,**
2  **State Bar Number: 327036**
   17221 E. 17th St., Ste #F
3  Santa Ana, CA 92705
   Telephone: [714]-617-5868
4  Email Address: jbakhoslaw@yahoo.com
5  **Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI, | Case No.: 8:19-cv-01914-JVS-KES |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| TOPS AUTO SUPPLY INC., a corporation; PARDO SILVESTRI, an individual; ACREAGE DOWS, an individual, | |
| Defendants | |

**TO ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that Plaintiff, ADAM GHADIRI, has reached a full and comprehensive settlement of this civil action with mutual general releases.

The settlement has been reached involving the Plaintiff and the Defendants TOPS AUTO SUPPLY INC., a corporation; PARDO SILVESTRI, an individual; ACREAGE DOWS, an individual.

//

//

1

**NOTICE OF SETTLEMENT**

The parties are awaiting final execution and signing of the settlement paperwork.

DATED: 9/23/2020

_____
Joseph Bakhos, Esq.
Attorney for Plaintiff

NOTICE OF SETTLEMENT